**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **No. 1:21-md-03010 (PKC)** |

*This Document Relates To:*

| | |
|---|---|
| **OPENX TECHNOLOGIES, INC., and OPENX LTD.,**<br>*Plaintiffs*,<br>-against-<br>**GOOGLE LLC and ALPHABET INC.,**<br>*Defendants*. | **No. 1:25-cv-10817 (PKC)** |
| **MAGNITE, INC.,**<br>*Plaintiff*,<br>-against-<br>**GOOGLE LLC and ALPHABET INC.,**<br>*Defendants*. | **No. 1:25-cv-10818 (PKC)** |

| | |
|---|---|
| **PUBMATIC, INC.,**<br><br>*Plaintiff*,<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants*. | **No. 1:25-cv-10819 (PKC)** |
| **EQUATIV SAS, EQUATIV INC., SHARETHROUGH INC., and SHARETHROUGH USA, INC.,**<br><br>*Plaintiffs*,<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants*. | **No. 1:26-cv-00140 (PKC)** |
| **INDEX EXCHANGE INC.,**<br><br>*Plaintiff*,<br><br>-against-<br><br>**GOOGLE LLC,**<br><br>*Defendant*. | **No. 1:25-cv-10477 (PKC)** |

| | |
|---|---|
| **KARGO GLOBAL LLC,**<br><br>*Plaintiff*,<br><br>-against-<br><br>**GOOGLE LLC,**<br><br>*Defendant*. | **No. 1:25-cv-10630 (PKC)** |
| **SOVRN HOLDINGS, INC.,**<br><br>*Plaintiff*,<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants*. | **No. 1:26-cv-01587 (PKC)** |
| **TRUSTX DIGITAL ADVERTISING SERVICES, INC., P.B.C.,**<br><br>*Plaintiff*,<br><br>-against-<br><br>**GOOGLE LLC and ALPHABET INC.,**<br><br>*Defendants*. | **No. 1:26-cv-03135 (PKC)** |

**[PROPOSED] ORDER CONCERNING MOTION TO FILE PROVISIONALLY UNDER SEAL**

The Court hereby grants the motion by the plaintiffs in the above-captioned actions to file provisionally under seal the Competitor Plaintiffs' Motion to Compel Google to Add Custodians and Apply Search Terms, and Exhibits A–B appended thereto.

**IT IS SO ORDERED.**

Date:__________________________

__________________________
Hon. P. Kevin Castel
United States District Court
Southern District of New York