# EXHIBIT A

**From:** Nicolas Stebinger <Nicolas@simonsensussman.com>
**Sent:** Saturday, August 15, 2026 12:33 PM
**To:** Martha Goodman; Google-AdTech; Vissichelli, Allison M.; Justus, Bradley; mmagnier; Solórzano, Isabella L.; Karen Dunn; William Isaacson; Jessica Phillips; Amy Mauser; Erin Morgan; MAHR, Eric (EJM); Andrew EWALT; SESSIONS, Justina (JKS); creiser; Daniel Bitton; Plaintiffs-Group-Google-Ad-Tech@simplelists.susmangodfrey.com
**Subject:** Re: In re Google Ad Tech - Google Depositions

External (nicolas@simonsensussman.com)

Report This Email FAQ

Counsel,

Further to below, please provide the location and availability for 30(b)(1) depositions of the following Google witnesses between September 21st and October 30th:

- Pooya Jalaly
- Nirmal Jayaram
- Nithish Korula
- Ehsan Maani

Thank you,
Nic

**Nicolas A. Stebinger** | Partner
**T** +1 202 384 3130 **E** nicolas@simonsensussman.com
Simonsen Sussman LLP | Washington, DC

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** David Dowling <ddowling@cravath.com>
**Sent:** Tuesday, August 11, 2026 4:27 PM
**To:** Martha Goodman <mgoodman@dirllp.com>; Google-AdTech <Google-AdTech@dirllp.com>; Vissichelli, Allison M. <avissichelli@axinn.com>; Justus, Bradley <bjustus@axinn.com>; mmagnier <mmagnier@axinn.com>; Solórzano, Isabella L. <isolorzano@axinn.com>; Karen Dunn <KDunn@dirllp.com>; William Isaacson <WIsaacson@dirllp.com>; Jessica Phillips <JPhillips@dirllp.com>; Amy Mauser <amauser@dirllp.com>; Erin Morgan <emorgan@dirllp.com>; MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; Andrew EWALT <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <justina.sessions@freshfields.com>; creiser <creiser@axinn.com>; Daniel Bitton <dbitton@axinn.com>
**Cc:** Plaintiffs-Group-Google-Ad-Tech@simplelists.susmangodfrey.com <Plaintiffs-Group-Google-Ad-Tech@simplelists.susmangodfrey.com>
**Subject:** RE: In re Google Ad Tech - Google Depositions

Counsel,

Please also provide location and availability for Sam Cox, whose 30(b)(1) deposition we would also like to begin coordinating.

Regards,

David

David Dowling
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York NY 10001
T: 1 (212) 474-1098
ddowling@cravath.com

---

**From:** David Dowling
**Sent:** Friday, August 7, 2026 10:47 AM
**To:** Martha Goodman <mgoodman@dirllp.com>; Google-AdTech <Google-AdTech@dirllp.com>; Vissichelli, Allison M. <avissichelli@axinn.com>; Justus, Bradley <bjustus@axinn.com>; mmagnier <mmagnier@axinn.com>; Solórzano, Isabella L. <isolorzano@axinn.com>; Karen Dunn <KDunn@dirllp.com>; William Isaacson <WIsaacson@dirllp.com>; Jessica Phillips <JPhillips@dirllp.com>; Amy Mauser <amauser@dirllp.com>; Erin Morgan <emorgan@dirllp.com>; MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; Andrew EWALT <Andrew.Ewalt@freshfields.com>; SESSIONS, Justina (JKS) <justina.sessions@freshfields.com>; creiser <creiser@axinn.com>; Daniel Bitton <dbitton@axinn.com>
**Cc:** Plaintiffs-Group-Google-Ad-Tech@simplelists.susmangodfrey.com
**Subject:** In re Google Ad Tech - Google Depositions

Counsel,

We would like to begin coordinating 30(b)(1) deposition dates for Brad Bender and Sharad Kumar. Please let us know these witnesses' locations and their availability for depositions in early September.

Regards,

David

David Dowling
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York NY 10001
T: 1 (212) 474-1098
ddowling@cravath.com

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete all copies of the message.
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended

recipient is prohibited. If you received this in error, please contact the sender and delete all copies of the message.